**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**TOREE SIMS**                                                    **PETITIONER**

**vs.**                                          **CRIMINAL ACTION NO. 3:05CR-121-CRS**
                                                 **CIVIL ACTION NO.  3:14CV-316-CRS**

**UNITED STATES OF AMERICA**                                     **RESPONDENT**

**ORDER**

This matter having come before the court for consideration of the Findings of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Judge and the objections filed thereto, and for the reasons set forth in the memorandum pinion entered herein this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that:

(1) The Findings of Fact, Conclusions of Law, and Recommendation (DN 486) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY** and the objections of petitioner Toree Sims thereto (DN 490) are **OVERRULED**.

(2) The request of Toree Sims for appointment of counsel (DN 473) is **DENIED.**

(3) The motion of Toree Sims for leave to amend to add a *Johnson* claim (DN 475) is **DENIED.**

(4) The motion of Toree Sims for leave to amend to add an *Elonis* claim (DN 477) is **DENIED.**

(5) The motions of the United States to strike (DNs 480 and 482) are **DENIED AS MOOT.**

(6) The motion of Toree Sims styled "Motion for Request for Admission" (DN 479) is

**DENIED AS MOOT.**

(7) The motion of Toree Sims styled "Counterclaim and Crossclaim" (DN 481) is

**DENIED AS MOOT.**

(8) The motion of Toree Sims styled "Motion for Summary Judgment" (DN 494) is

**DENIED AS MOOT.**

(9) The motion of Toree Sims styled "Motion Requesting District Court to Rule on 2255

Motion" is **DENIED AS MOOT.**

A separate judgment will be entered this date in accordance with the court's memorandum

opinion and this order.

September 16, 2018

**IT IS SO ORDERED.**

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:    Counsel of Record
        Petitioner Toree Sims, *pro se*